UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARTHUR REX and DARRYL ODOM, <br><br> Plaintiff, <br><br> v. <br><br> VOLUNTEERS OF AMERICA – GREATER NEW YORK, INC., <br><br> Defendant. | 22 Civ. 1116 (KPF) <br><br> FILED UNDER SEAL |

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time for plaintiff the United States of America to notify this Court of its decision whether to intervene in the above-captioned action, or decline to do so, is hereby extended by six months, to and including December 6, 2022.

The complaint, orders, and all other documents submitted to the Court shall remain under seal, viewable only to the Government and the Court, during that period and until further order of the Court.

Dated: June 3, 2022
    New York, New York

SO ORDERED:

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE