UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARTHUR REX and DARRYL ODOM, | : : : : | |
| Plaintiff-Relators, | : | **CIVIL ACTION NO:** 22 Civ. 1116 (KPF) |
| vs. | : : | |
| VOLUNTEERS OF AMERICA - GREATER NEW YORK, INC. | : : : | |
| Defendant. | : | |

-------------------------------------------------------x

## ORDER OF DISMISSAL

Whereas the Plaintiff-Relators have filed a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and the United States has consented to the dismissal provided it is without prejudice to the United States, the action is dismissed without prejudice.

Dated: March 29, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge